UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV2010-00506-AHM (DTBx) | Date | September 9, 2011 |
|---|---|---|---|
| Title | JOSE R. GUEVARA et al. v. CHASE HOME FINANCE LLC, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:   Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

On the Court's own motion, the Court hereby takes OFF-CALENDAR and UNDER SUBMISSION Defendant's Motion for Summary Judgment, or in Alternative, Partial Summary Judgment [40]. The parties will be notified if a hearing is necessary.

: 

Initials of Preparer   SMO