GATEWAY LEGAL GROUP, P.C.
POONAM K. WALIA, SBN 256781
9469 Haven Ave, Suite 210
Rancho Cucamonga, CA 91730
Telephone (909) 390-1515 Facsimile (909) 390-1516

Attorney for Plaintiffs Jose Guevara and Marina Garcia-Guevara

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE R. GUEVARA an individual; MARINA P. GARCIA-GUEVARA, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>CHASE HOME FINANCE, LLC, a Delaware corporation; WASHINGTON MUTUAL BANK, a surrendered Washington corporation; FEDERAL DEPOSIT INSURANCE CORPORATION, an unknown entity; MICHAEL COREAS, an individual; and DOES 1 through 50 inclusive,<br><br>Defendants. | **CASE NO:** 5:10-CV-00506-AHM-DTB<br><br>**JUDGE:** Hon. A. Howard Matz (Spring Street)<br><br>**ORDER RE: PLAINTIFFS' DISMISSAL OF ENTIRE ACTION PURSUANT TO SETTLEMENT**<br><br>**Action Filed:** February 3, 2010 (SBSC Case No. CIVRS1000992)<br><br>**Removed:** April 2, 2010 |

///
///
///
///
///

## ORDER

GOOD CAUSE APPEARING, IT IS ORDERED THAT:

1. Plaintiffs request to dismiss the entire action with prejudice pursuant to the settlement agreement is granted;

IT IS SO ORDERED.

DATED: February 17, 2012          By _____
                                     Hon. A. Howard Matz
                                     U.S. District Court Judge

**JS-6**

_____
**ORDER RE: PLAINTIFFS' DISMISSAL OF
ENTIRE ACTION PURSUANT TO SETTLEMENT**

3096999.1 -- AL109.W1319